IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:07-CV-00437-D

| | |
|---|---|
| SHARON B. IGLESIAS,<br>      Plaintiff,<br><br>v.<br><br>JOHN WOLFORD, Chief of Police of Oxford, N.C., in his official and individual capacities; THOMAS MARROW, City Manager of Oxford, N.C., in his official and individual capacities; DON JENKINS, Human Resources Manager for the City of Oxford, N.C., in his official and individual capacities, and, the CITY OF OXFORD, N.C.,<br><br>      Defendants. | **DEFENDANTS' PARTIAL<br>MOTION TO DISMISS** |

The Defendants, by and through their counsel of record, respectfully move the Court to dismiss certain of the Plaintiff's claims against them pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendants' respectfully contend that the following claims should be dismissed for the following reasons, among others:

1. Plaintiff's "conspiracy" claim should be dismissed because there is no plurality of actors.

2. Plaintiff's claims under the North Carolina Constitution fail because she has adequate state law remedies and because claims cannot be asserted against individuals under the North Carolina Constitution.

3. Plaintiff's wrongful discharge claims against the individual Defendants should be dismissed because they were not Plaintiff's "employer" for the purposes of a wrongful discharge claim.

4. Plaintiff's claims for punitive damages against the City (and the nominal Defendants in their official capacities) should be dismissed because municipalities are absolutely immune from punitive damages.

Accordingly, the Defendants' Motion to Dismiss should be ALLOWED and the foregoing claims should be DISMISSED WITH PREJUDICE.

Respectfully submitted, this the 21st day of November, 2007.

CRANFILL SUMNER & HARTZOG LLP

**/s/ M. Robin Davis**
M. ROBIN DAVIS
Post Office Box 27808
Raleigh, NC 27611-7808
Telephone: (919) 828-5100
Facsimile: (919) 828-2277
E-Mail: mrd@cshlaw.com
N.C. State Bar No.: 21655

NORWOOD P. BLANCHARD
1209 Culbreth Drive, Suite 200
Wilmington, NC 28409
Telephone: (910) 332-0944
Facsimile: (910) 509-9676
E-Mail: nblanchard@chslaw.com
N.C. State Bar No.: 26470

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:07-CV-00437-D

| | |
|---|---|
| SHARON B. IGLESIAS,<br>      Plaintiff,<br><br>  v.<br><br>JOHN WOLFORD, Chief of Police of Oxford, N.C., in his official and individual capacities; THOMAS MARROW, City Manager of Oxford, N.C., in his official and individual capacities; DON JENKINS, Human Resources Manager for the City of Oxford, N.C., in his official and individual capacities, and, the CITY OF OXFORD, N.C.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I hereby certify that on November 21, 2007, I electronically filed the foregoing *Defendants' Motion to Dismiss* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Charles E. Monteith, Jr.
    Monteith & Rice, PLLC
    102 Pickering Place, #3-3
    Cary, NC 27513
    *Attorney for Plaintiff*

And I hereby certify that I have mailed the document to the following non CM/ECF participant:

    Shelli Henderson Rice
    Monteith & Rice, PLLC
    102 Pickering Place, #3-3
    Cary, NC 27513
    *Attorney for Plaintiff*

Respectfully submitted,

CRANFILL SUMNER & HARTZOG LLP

**/s/ M. Robin Davis**
M. ROBIN DAVIS
Post Office Box 27808
Raleigh, NC 27611-7808
Telephone: (919) 828-5100
Facsimile: (919) 828-2277
E-Mail: mrd@cshlaw.com
N.C. State Bar No.: 21655

NORWOOD P. BLANCHARD
1209 Culbreth Drive, Suite 200
Wilmington, NC 28409
Telephone: (910) 332-0944
Facsimile: (910) 509-9676
E-Mail: nblanchard@chslaw.com
N.C. State Bar No.: 26470

*Attorneys for Defendants*