Sharon B. Iglesias v. John Wolford, Thomas Marrow, Don Jenkins, City of Oxford
Civil Action No.: 5:07-CV-00437-D

Index of Exhibits in Defendants' Memorandum of Law in Support of
Motion for Summary Judgment

| | |
|---|---|
| Deposition Exhibit 9 | Drug and Alcohol Law Enforcement Special Funds Report for October 1998 through May 2004 |
| Deposition Exhibit 10 | Iglesias' July 14, 2003 Notes from Meeting with Susan Wolford |
| Deposition Exhibit 11 | October 11, 2004 Affidavit of Susan Wolford |
| Deposition Exhibit 13 | Strickland's September 8, 2004 Letter to Perry |
| Deposition Exhibit 14 | Strickland's September 7, 2004 Letter to Evenson |
| Deposition Exhibit 18 | Iglesias' November 22, 2005 E-Mail to Laliberte |
| Deposition Exhibit 29 | Transcript of WRAL-TV News Report Regarding Oxford Police Chief |
| Deposition Exhibit 33 | Wolford's May 17, 2004 Memo to Iglesias |
| Deposition Exhibit 34 | Iglesias' May 17, 2004 Memo to Wolford |
| Deposition Exhibit 49 | Iglesias' August 23, 2005 E-Mail to Oxford Police Department |
| Deposition Exhibit 50 | Iglesias' January 20, 2006 E-Mail to Boyd, Williamson, Marrow, Griffin, Wolford |
| Deposition Exhibit 61 | Drug and Alcohol Law Enforcement Special Funds Report for August 2002 through February 2004 |
| Deposition Exhibit 71 | Ford's October 31, 2005 Memo |
| Deposition Exhibit 73 | Wolford's November 22, 2005 Memo to Marrow |
| Deposition Exhibit 77 | Wolford's January 24, 2006 Memo to Iglesias |
| Deposition Exhibit 88 | Command Staff's January 10, 2006 Memo to Marrow |
| Exhibit A | Transcript of March 23, 2006 Grievance Hearing |
| Exhibit B1A | Transcript of September 9, 2008 Deposition of Sharon B. Iglesias, Part A (Not Confidential) |
| Exhibit B1B | Transcript of September 9, 2008 Deposition of Sharon B. Iglesias, Part B (Not Confidential) |
| Exhibit B2 | Transcript of September 9, 2008 Deposition of Sharon B. Iglesias (Confidential Portions) |
| Exhibit C1 | Transcript of October 7, 2008 Deposition of John Wolford (Not Confidential) |
| Exhibit C2 | Transcript of October 7, 2008 Deposition of John Wolford (Confidential Portions) |
| Exhibit D1 | Transcript of October 15, 2008 Deposition of Don Jenkins (Not Confidential) |
| Exhibit D2 | Transcript of October 15, 2008 Deposition of Don Jenkins (Confidential Portions) |
| Exhibit E1 | Transcript of October 28, 2008 Deposition of Tommy Marrow (Not Confidential) |
| Exhibit E2 | Transcript of October 28, 2008 Deposition of Tommy Marrow (Confidential Portions) |
| Exhibit F | Transcript of November 13, 2008 Deposition of J. Thomas Burnette |
| Exhibit G | Declaration of Captain Glen Boyd |