Virginia                                                                      AFFIDAVIT

 COUNTY

My name is Susan Wolford. I am over the age of eighteen (18), suffer from no mental disabilities that would affect my sworn statements and have personal knowledge of the matter and things stated herein. I reside and work in Charlottesville, Virginia.

Since August 2003 to the present date, I have had phone conversations with my husband, John Wolford, Chief of Police of the Oxford Police Department, City of Oxford, North Carolina, in which he has made the following statements to me personally.

"I am going to get rid of Sharon Iglesias because she is the leak in the department."
"Sharon is nothing but a trouble maker."
"I don't like Sharon, she bugs me."
"I am going to do everything I can to get rid of Sharon."
"I hate Sharon."

My husband, John Wolford, did not like Sharon Iglesias because Sharon liked to do things by the book and she kept very good records and performed very efficiently in her position as Administrative Assistant to the Chief of Police.

My husband John is very close friends with Lt. Glen Boyd of the Oxford Police Dept. and Don Jenkins, H.R. Director, City of Oxford, and when they would get together socially they would make very negative comments about Sharon, discussing how much they did not like her and how they wanted to get rid of her.

My husband John stated to me recently that he and Don Jenkins, H.R. Director for the City of Oxford, were going to setup Sharon to be fired.

In a recent phone conversation with my husband, John, he wanted to know if Sharon Iglesias or anyone from the City Council had called, and suggested that if they do, for me not to talk with them.

My husband, John Wolford, stated to me personally that he has taken money out of the safe in Sharon's office, which he claimed was the Petty Cash box, and said he would put the money back when he got paid. At a later date, in talking with Sharon Iglesias, I found out that John was taking money out of the Police Undercover Fund.

My husband, John Wolford, has in the past used "setting up" techniques to fire people he did not like or have use for. He also used "his" technique which meant wearing down emotionally or physically until the employee didn't have the energy left to fight back at him. This way, he did not have to be the "bad guy" in the eyes of his other coworkers.

My husband, John Wolford, has in the past "borrowed" petty-cash funds from the police departments he has worked in. This was to "carry us over" a few days until he received

Page 1 of 2



his pay check. He stated, "I always do this and pay it back" so no one says anything to him.

My husband, John Wolford, has made statements to me about how he and Tommy Marrow (City Manager) had discussed how Sharon was the leak of personal information within the department, and that she ran her mouth every time something happened. He referred to one incident in particular about Sharon speaking out against him (John) when an investigation was taking place as Warren Hicks was arrested for embezzling funds. He was "mad as hell" that Sharon had talked with an investigator.

I was present at Don Jenkins' house with my daughter and husband, John Wolford, when Don and John were discussing their dislikes and mistrust of Sharon (then at the time Belcher) Iglesias. John stated, "If I could get rid of her, I would!" He stated, "I do not like her," and that "She runs her mouth off to everyone that comes in the office." He thought that she was friends with Frank Strickland, whom he called an "asshole." Don Jenkins expressed his accord with John concerning Sharon, and told John to be careful.

This the 11 day of October, 2004

_____
Signature of Affiant

Sworn to and subscribed before me
this the 11 day of October, 2004

_____
Notary Public

My commission expires 10-31-05

OFFICIAL SEAL