Mr. Scott Perry
Director Training and Standards
PO Box 149
Raleigh NC 27602

September 8, 2004

Dear Mr. Perry;

I am a Police Officer: Work number 760-8888 Home Number 919-693-2477
The purpose of this letter is to file a complaint against the Chief of Police in Oxford N.C. His name is John Woolford and in my opinion has violated several State Laws since he was hired in July 2000. I will list the complaints below.

A proper background investigation was not conducted as required by Training and Standards. A private Investigator was hired and performed the investigation by telephone in five days. Mr. Woolford was a transfer from Missouri. He had been certified in three states and was required to complete additional training prior to being certified. Three of his previous employers were not contacted. The PI did not complete the F-8 Form. I do not believe the F-3 Form was executed before the investigation began. It is obvious that it was a rush job and incomplete. There were numerous complaints against Mr. Woolford in a previous job that questioned his credibility.

Mr. Woolford assumed the duties of his office in July 2000 but was not sworn in until Oct. 2001. This is a violation of NC General Statute 14-229. He wore his weapon and badge as if he had been duly sworn.

Mr. Woolford has established a residence with a female other than his wife while still being married. This is a violation of NC General Statute 14-184

Mr. Woolford forced one of his officers to resign by falsely stating that he had conducted formal counseling sessions with that officer. He was unable to produce those documents.

Mr. Woolford is suspected of violating NC General Statute 14-247. This information verified by his spouse who was a passenger in the vehicle.

Mr. Woolford has taken money from an undercover fund in violation of city policy and is suspected of converting these funds to his own use.

I am requesting that these incidents be investigated because it directly relates to professional conduct in office as well as State Law and Training and Standards rules.

I respectfully request that if you choose to investigate these allegations that the investigator contact me for additional information and documentation.

Sincerely,
Frank Strickland


EXHIBIT
13