J. Eric Evenson
Suite 800
Terry Sanford Federal Building
310 Newbern Ave.
Raleigh NC 27601
September 7, 2004

Eric:

We need your help in Oxford once again. I have tried to inform the City Government about the Chief of Police, however they continue to protect him.

I went to visit the DA Sam Currin and told him what was going on and reminded him that he was an Asst. DA as well as a City Commissioner when W.O. Royster was doing his thing. I told Sam that the SBI Agent Theresa West was given information and would be in to see him. He told me that she had called and would be in the next day. Three days later she called and Sam Currin would not let the investigation proceed.

I am sending you a copy of the Drug and Alcohol Law Enforcement Special Fund ledger. It shows money coming into the Police Department and signed out to Officers. The Chief is the custodian and has taken money from that fund in violation of the policy that governs the fund. The policy mandates that a file be kept on all money issued to officers to include the informants name, biographical data and signature of receipt from officers. The Chief claims that he has paid informants with money taken from the fund. He is the person that keeps that file. Whenever he took money it was always at night when no one was around. His Secretary or himself are supposed to witness money signed out. He did not have a witness and his Secretary made notations to that fact on the ledger.

I have also enclosed a report that I submitted to the City Manager, Commissioners and City Attorney. As of this date no action has been taken against the Chief. The Chief's Secretary has a lot of information collected to protect her from being a part of the corruption.

Due to the fact that the Special Fund is Drug Asset Forfeiture money as well as it is obvious that there is corruption here, I request that you provide the city with some assistance. The undercover confidential file needs to seized and checked thoroughly. It is very apparent that the DA will not take any action.

Please advise as soon as possible.

*Frank Strickland*
Frank Strickland
112 Planters Place
Oxford NC 27565

EXHIBIT
14