**From:** Sharon Iglesias
**To:** laliberte@wral.com
**Date:** 11/22/2005 7:36:44 PM
**Subject:** Scandal in Oxford, NC

Ms. Laliberte,

My name is Sharon Iglesias and I work for the City of Oxford. I am Administrative Assistant to the Chief of Police at the Oxford Police Department. In May 2004 I reported that the Chief was embezzleing money and nothing was ever done about it. City Officials are covering up this crime and allowing this man to get away with his crime. The City Manager, H.R. Mgr. and the Chief all conspired against me to set me up to be fired and I had to hire an attorney to say my job.

I had so much evidence against the Chief that they had to give me my job back. False accusations were fabricated by the Chief and placed in my personnel file and after I had proved that the Chief had taken the money for personal use they still would not clear my name. I want my name cleared and I have documented evidence plus affidavits plus tape recordings (they do not know about) proving that the Chief is guilty of embezzlement. City Officials are also claiming that there has been an investigation by the SBI, which I know is not true because I was never questioned. These people are covering up the truth and the citizens need to know.

I want the truth to come out and I want my name cleared. Please tell my story.

Home: 919-690-0685, Work: 919-603-1201, Cell: 919-691-4113

Thank you,
Sharon Iglesias
royiglesias@earthlink.net
Why Wait? Move to EarthLink.