# TRANSCRIPT OF WRAL-TV NEWS REPORT REGARDING

# OXFORD POLICE CHIEF

**MR. CRABTREE:** A small town in turmoil split on the need for an investigation into money spent by the police chief. The discussion is in Oxford, a small town in Granville County. The district attorney says there's nothing to look into, but others disagree.

Kelcey Carlson is here now with a WRAL investigation.

Kelcey?

**MS. CARLSON:** David, this is one of those nagging controversies that keeps resurfacing. Some think the police chief and the allegations against him are just personal vendettas. Others think that he might have gotten away with something he shouldn't have.

* * * * * * * * * * * * * * * * * *

**MS. IGLESIAS:** I cannot understand how -- how they would not investigate and let the truth come out.

**MS. CARLSON:** Sharon Iglesias says she's branded a troublemaker.

**MS. IGLESIAS:** They have smeared my name terribly.

**MS. CARLSON:** Iglesias says she can prove Oxford Police Chief

1

EXHIBIT 29

John Wolford improperly took hundreds of dollars from a drug fund for nearly three years. As his administrative assistant, she says the transactions required a witness. Instead, he would leave notes and take money while she was out.

**MS. IGLESIAS:** I feel like they have tried to create a smoke screen to cover up the truth, to cover up the fact that there has been a crime committed here, and that's in my opinion.

* * * * * * * * * * * * * * * * * *

**MS. CARLSON:** After Iglesias reported her concerns to the city and the SBI, the public duked it out in newspaper ads and letters to the editor during the last mayor's race. Finally, the mayor issued this letter supporting the chief. He claimed the SBI investigated, but that never happened because the district attorney said it wasn't necessary.

* * * * * * * * * * * * * * * * * *

**MR. CURRIN:** His explanation was that he was investigating another officer and he needed to use some undercover funds to pay an informant.

**MS. CARLSON:** District Attorney Sam Currin says he trusts the chief's word without any other documentation.

2

**MR. CURRIN:** I would prosecute the -- the chief if I thought that he had truly embezzled something from -- from this fund.

*******************

**MS. CARLSON:** The chief says his investigation didn't turn up anything and he maintains he did nothing suspicious.

*******************

**MS. CARLSON:** Why wouldn't you check in with anybody, though, just so that the public and the city would know that this was legitimate?

**CHIEF WOLFORD:** Well, I -- that was the whole idea. I didn't -- I didn't need people leaking information that the police chief was -- was tracking to see if he had bad cops.

*******************

**MS. CARLSON:** One former city commissioner who didn't seek re-election says an investigation is the only way to get answers.

*******************

**FORMER COMMISSIONER:** I think there's a lot of doubt among the people in the city of Oxford and that they would like to know the truth, and this is the only way you can get to the truth.

3

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MS. CARLSON:** Sharon Iglesias wants that for herself and for her city.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MS. IGLESIAS:** I am very disappointed and -- and I can even go so far as to say ashamed.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MS. CARLSON:** The chief feels his department is being scrutinized because an officer did plead guilty to embezzlement in 2004. He says the documentation for his investigation is with the city attorney and city manager.

Both of them would not comment on this case, because they say it's a personnel matter. However, we do know the chief and the city agreed to have the city control that drug fund from now on.

David?

**MR. CRABTREE:** Kelcey, I'm curious. Do other law enforcement agencies handle internal investigations like this?

**MS. CARLSON:** Yes, and I spoke with several law enforcement agencies to ask them how they handle internal investigations like this. And

Case 5:07-cv-00437-D    Document 31-9    Filed 12/15/2008    Page 4 of 5

all of them indicated to me that they would definitely have their department head contact the district attorney first or possibly have an outside agency investigate.

David?

**MR. CRABTREE:** All right. Kelcey Carlson. Thanks.

5