**Sharon Iglesias**

From: Sharon Iglesias
Sent: Tuesday, August 23, 2005 10:43 AM
To: Entire Department
Subject: Ad for Employment

To Whom It May Concern:

I would like to personally thank whoever it was that placed an ad for employment in my mailbox for the new Union Bank & Trust Company, Administrative Assistant needed. Is somebody trying to tell me something? I appreciate you thinking of me, though. If you think that I meet all of the qualifications listed in that ad then maybe you (whoever you are) might be willing to write a letter of reference for me, and speak on my behalf, because otherwise I would be unable to use my almost 6 years of experience with the Oxford Police Dept. because I have in my personnel file 2 written warnings of breach of confidentiality (which happens to be one of the requirements for the new position) and three final warnings, two of which are from the City Manager.

Just the same, I appreciate you trying to help me (whoever you are), but it looks like I will be working for the city for a long time.

Thanks anyway, Sharon

---

**UNION BANK & TRUST COMPANY**
Proposed

**Administrative Assistant Needed**

Looking for a friendly person with excellent verbal and written communicative skills who has excellent knowledge in Word, Excel, Outlook and PowerPoint. Person must be highly organized and have the ability to maintain a variety of confidential records and files. Minimum of 5 years Administrative Assistant experience required. Please mail your resume to P.O. Box 429, Oxford, NC 27565

EXHIBIT