**Don Jenkins**

From: John Wolford [JWOLFORD@oxfordncpd.org]
Sent: Friday, January 20, 2006 11:48 AM
To: Don Jenkins
Subject: FW: CHANGES IN TIME SHEETS


EXHIBIT 50

-----Original Message-----
From: Sharon Iglesias
Sent: Friday, January 20, 2006 10:25 AM
To: Glen Boyd; Bob Williamson; Floyd Griffin; 'tmarrow@oxfordnc.org'; John Wolford
Cc: Sharon Iglesias
Subject: RE: CHANGES IN TIME SHEETS

Let me clear something up for you, Glen, I did not call Colbert to INFORM him of anything about his timesheet. I called Colbert to ask him about his hours worked because it was not clear about the number of hours he had worked; his timesheet did not match up with the time activity forms turned in. Many times I have had to call employees and Sgts. to clear up issues concerning their timesheets to get information from them and have been instructed to do so quite a few times by the Captain, I might add.

The number of hours for comp. time was not on Colbert's timesheet that he should have received, so this was confusing. I called Colbert and ask him about the comp. time form that was turned in but did not appear on his timesheet. AFTER talking with Colbert and him telling me that he worked 10 hrs. overtime and 9 hrs. comp. time, this created more confusion and I told him what had been put on the overtime form and that nothing appeared on his timesheet to reflect the earned comp. time, I also told him that I was going to talk to you Glen about the problem, which I did after I had talked with Colbert.

THEN I spoke to you Glen to settle the matter and I did as you told me to. You said to give Colbert 8 hrs. overtime and 10 hrs. comp. time. and that was all that you were going to give him and that's what I did. I DID NOT CALL COLBERT BACK TO "SNEAKILY" INFORM HIM OF ANYTHING, I DID AS I WAS INSTRUCTED TO DO BY YOU. Colbert came to me yesterday and wanted copies of everything because he wanted to talk to the Chief about YOUR ACTIONS in not paying him for the overtime that he had worked and that you had promised him, so he said, which is none of my concern and does not involve me, that's between you and the officer.

Before you start accusing others of being "sneaky" Glen maybe you should take a good look at your own behavior. It was never my intent to be "sneaky" or to "inform" anyone about anything only to accomplish the completion of the payroll correctly in trying to make sure that everyone is paid appropriately for the hours they have worked. I think you should get it straight with the Sergeants about what goes

1/20/2006

Case 5:07-cv-00437-D   Document 31-13   Filed 12/15/2008   Page 1 of 2
OXFORD0012

on the timesheet and the time activity form before it is turned in to me so there will be no questions, but that was not done. It should be straight with the Sgt. and the officers about what is to go on the timesheet and put it down correctly on the timesheet before they are turned in to me, then it would eliminate the problem of me having to search for answers to complete what is my job. So, if Colbert said that I called him just to "inform" him about the time he was being paid for, then he has made an untruthful statement, and you Lt. Boyd have presumed guilt on my part where clearly there is none presuming my intent to be "sneaky", and further characterizing my actions as being "sneaky" when I was only trying to get information from Colbert to complete his timesheet and not to give him information.

How dare you say that it was my mission to cause discord among the officers, how dare you, my conduct has been to do the right thing, to be honest, to be open and above board with everyone, and above all to tell the truth. Are you now also trying to cast shadows concerning me that never existed by saying "conduct that I have been warned about"???? There was never any misunderstanding on my part, I called Colbert to get information and that was it. I view this email from you Glen as a form of harassment and retaliation, falsely accusing me of what was never my intent, and I fully intend to inform the Captain, Tommy Marrow, City Mgr. and turn this over to my attorney.

Sharon Iglesias
Admin. Asst. OPD

-----Original Message-----
**From:** Glen Boyd
**Sent:** Friday, January 20, 2006 8:47 AM
**To:** Sharon Iglesias
**Cc:** Bob Williamson; John Wolford
**Subject:** CHANGES IN TIME SHEETS

OFFICER COLBERT CAME TO THE PD 01/19/2006 AND VOICED A CONCERN TO THE CHIEF OF POLICE REGARDING THE CHANGING OF HIS TIME BY ME. HE STATED THAT HE HAD BEEN CALLED BY YOU AND INFORMED OF THE CHANGE. WELL, I HAVE SEVERAL ISSUES WITH THAT.

FIRST AND FOREMOST IT IS NOT YOUR JOB TO CALL AN EMPLOYEE AND INFORM THEM OF ANYTHING. IT IS THE SUPERVISORS RESPONSIBILITY.
SECOND YOU DID IT IN SUCH AWAY THAT YOU MADE IT APPEAR THAT I WAS BEING SNEAKY REGARDING THIS MATTER. ON THE CONTRARY I AM NOT SNEAKY ABOUT ANYTHING. BECAUSE OF THE WAY YOU HANDLED THIS AND STEPPED OUTSIDE YOUR AUTHORITY WE HAVE AN EMPLOYEE THAT IS NOT HAPPY. I GUESS YOUR MISSION WAS ACCOMPLISHED. THIS IS EXACTLY THE CONDUCT THAT YOU HAVE BEEN WARNED ABOUT.
THIRD AND FINALLY, I AUTHORIZED THE OFFICERS TO WORK OVERTIME AND SET LIMITS. IT IS MY RESPONSIBILITY TO NOTIFY THEM OF CHANGES AND HAD I BEEN GIVEN THE CHANCE I WOULD OF. ANY REPEAT OF TYPE OF ACTIVITY WILL RESULT IN DISCIPLINE FROM ME. I HOPE THIS CLEARS UP ANY MISUNDERSTANDING THAT YOU HAVE REGARDING MATTERS OF THIS NATURE. THANK YOU FOR YOUR FUTURE COOPERATION.

LT. GLEN BOYD
PATROL COMMANDER

1/20/2006