**Sharon B. Iglesias v. John Wolford, Thomas Marrow, Don Jenkins and the City of Oxford**
**Civil Action No.: 5:07-CV-00437D**

**Index of Exhibits in Plaintiff's Memorandum of Law in Response to Defendants' Joint Motion for Summary Judgment**

| | |
|---|---|
| Deposition Exhibit 9 | Drug and Alcohol Law Enforcement Special Funds Report for October 1988 through May 2004 (previously filed by Defendants) |
| Deposition Exhibit 11 | October 11, 2004 Affidavit of Susan Wolford (previously filed by Defendants) |
| Deposition Exhibits 16-28 | Iglesias email exchange with WRAL staff |
| Deposition Exhibit 29 | Transcript of WRAL-TV News Report Regarding Oxford Police Chief |
| Deposition Exhibit 44 | October 22, 2004 letter from Marrow to Iglesias |
| Deposition Exhibit 57 | October 27, 2005 Wolford Memo |
| Deposition Exhibit 60 | Wolford Discovery Responses |
| Deposition Exhibit 61 | Special Funds Report |
| Deposition Exhibit 64 | May 5, 2004 Wolford Memo |
| Deposition Exhibit 65 | February 26, 2001 Performance Evaluation for Plaintiff |
| Deposition Exhibit 66 | May 17, 2004 letter from Iglesias to Wolford |
| Deposition Exhibit 69 | September 24, 2004 Final Warning |
| Deposition Exhibit 70 | September 2, 2004 Jenkins Investigation Summary |
| Deposition Exhibit 71 | Ford's October 31, 2005 Memo (previously filed by Defendants) |
| Deposition Exhibit 73 | Wolford's November 22, 2005 Memo to Marrow (previously filed by Defendants) |
| Deposition Exhibit 76 | January 10, 2006 Wolford Email |
| Deposition Exhibit 77 | Wolford's January 24, 2006 Memo to Iglesias (previously filed by Defendants) |
| Deposition Exhibit 80 | August 19, 2004 Wolford Memo |

1

| | |
|---|---|
| Deposition Exhibit 81 | August 24, 2004 Marrow Memo |
| Deposition Exhibit 82 | August 31, 2004 Wolford Note to File |
| Deposition Exhibit 85 | August 30, 2004 Marrow Memo |
| Deposition Exhibit 91 | Iglesias Drug Fund Documents |
| Deposition Exhibit 92 | Wolford Investigative File |
| Exhibit A | Transcript of March 23, 2006 Grievance Hearing (previously filed by Defendants) |
| Exhibit B1A | Transcript of September 9, 2008 Deposition of Sharon B. Iglesias, Part A (Non-confidential portions previously filed by Defendants) |
| Exhibit B1B | Transcript of September 9, 2008 Deposition of Sharon B. Iglesias, Part B (Non-confidential portions previously filed by Defendants) |
| Exhibit B2 | Transcript of September 9, 2008 Deposition of Sharon B. Iglesias, (Confidential portions previously filed by Defendants) |
| Exhibit C1 | Transcript of October 7, 2008 Deposition of John Wolford (Non-confidential portions previously filed by Defendants) |
| Exhibit C2 | Transcript of October 7, 2008 Deposition of John Wolford (Confidential portions previously filed by Defendants) |
| Exhibit D1 | Transcript of October 15, 2008 Deposition of Don Jenkins (Non-confidential portions previously filed by Defendants) |
| Exhibit D2 | Transcript of October 15, 2008 Deposition of Don Jenkins (Confidential portions previously filed by Defendants) |
| Exhibit E1 | Transcript of October 28, 2008 Deposition of Tommy Marrow (Non-confidential portions previously filed by Defendants) |
| Exhibit E2 | Transcript of October 28, 2008 Deposition of Tommy Marrow (Confidential portions previously filed by Defendants) |
| Exhibit F | Transcript of November 13, 2008 Deposition of J. Thomas Burnette (previously filed by Defendants) |
| Exhibit G | Declaration of Captain Glen Boyd (previously filed by Defendants) |
| Exhibit H | January 5, 2009 Affidavit of Sharon Iglesias |

| | |
|---|---|
| Exhibit I | January 5, 2009 Affidavit of Franklin Strickland |
| Exhibit J | Transcript of October 15, 2008 Deposition of James Carey (non-confidential portions) |
| Exhibit J-1 | Transcript of October 15, 2008 Deposition of James Carey (confidential portions) |
| Exhibit K | September 7, 2004 closed session minutes of Oxford Board of Commissioners |