**From:** Carlson, Kelcey
**To:** royiglesias@earthlink.net
**Date:** 12/1/2005 12:28:26 PM
**Subject:**

Hey Sharon,

I'm going to try and go over the papers tonight or tomorrow night when I get a chance. Thanks again for keeping in touch and feel better.

Kelcey

**From:** Sharon Iglesias
**To:** kcarlson
**Date:** 12/1/2005 7:49:20 AM
**Subject:** Extra Info from Sharon

Hey Kelcey,

I am not able to send you the extra information as planned because I am at home sick, but will do my best to get it in the mail by Monday, Dec. 5. Thanks again for helping me to clear my name and inform the citizens of Oxford.

Sharon Iglesias
roviglesias@earthlink.net
Why Wait? Move to EarthLink.


EXHIBIT 17

**From:** Sharon Iglesias
**To:** laliberte@wral.com
**Date:** 11/22/2005 7:36:44 PM
**Subject:** Scandal in Oxford, NC

Ms. Laliberte,

My name is Sharon Iglesias and I work for the City of Oxford. I am Administrative Assistant to the Chief of Police at the Oxford Police Department. In May 2004 I reported that the Chief was embezzleing money and nothing was ever done about it. City Officials are covering up this crime and allowing this man to get away with his crime. The City Manager, H.R. Mgr. and the Chief all conspired against me to set me up to be fired and I had to hire an attorney to say my job.

I had so much evidence against the Chief that they had to give me my job back. False accusations were fabricated by the Chief and placed in my personnel file and after I had proved that the Chief had taken the money for personal use they still would not clear my name. I want my name cleared and I have documented evidence plus affidavits plus tape recordings (they do not know about) proving that the Chief is guilty of embezzlement. City Officials are also claiming that there has been an investigation by the SBI, which I know is not true because I was never questioned. These people are covering up the truth and the citizens need to know.

I want the truth to come out and I want my name cleared. Please tell my story.

Home: 919-690-0685, Work: 919-603-1201, Cell: 919-691-4113

Thank you,
Sharon Iglesias
royiglesias@earthlink.net
Why Wait? Move to EarthLink.

file://C:\Documents and Settings\Bernardo\Local Settings\Temp\ELP198.tmp   7/19/2008

454


EXHIBIT

**From:** Carlson, Kelcey
**To:** royiglesias@earthlink.net
**Date:** 1/6/2006 5:14:00 PM
**Subject:** interview

Hi Sharon,

Don't worry, we'll sit and chat for a while before the interview begins. I'll ask questions, it will be like a regular conversation. It's also taped, so we can stop and start as much as we need. I'm not going to surprise you with anything. We'll talk about what you witnessed and why you feel there was wrongdoing.

Thanks for the directions!

Kelcey

**From:** Carlson, Kelcey
**To:** royiglesias@earthlink.net
**Date:** 1/10/2006 8:35:38 AM
**Subject:** RE: The news tonight

Hi Sharon!

Chief Wolford pretty much told me what you saw in the interview. He says he was paying informants money based on general tips about corruption in the department. He says the tips were bogus. Nothing came of it. Are you okay to go back to work there after all this?

Talk to you soon.

Kelcey

-----Original Message-----
From: Sharon Iglesias [mailto:royiglesias@earthlink.net]
Sent: Monday, January 09, 2006 7:36 PM
To: Carlson, Kelcey
Subject: The news tonight

Kelcey, you did a great job, fantastic. I know that what you do involves a lot of hard work and research, and I am very appreciative for all that you have done. I hope the public and the commissioners will question what is going on and respond by calling for an investigation. I just pray that it is not over.

I was surprised that Wolford agreed to interview with you. Can you tell me all that he had to say??? The two officers that you were talking to in the parking lot were Sgt. Gordon Blackwell in the uniform (real slim face) and the other was Lt. Glen Boyd (bald-headed). Glen Boyd is very close to Wolford and plays a big part in the wrongdoing. They got very excited when they saw the camera man.

Take care Kelcey, and God bless you.

Thanks so much, Sharon


Sharon Iglesias
mailto:royiglesias@earthlink.net royiglesias@earthlink.net
Why Wait? Move to EarthLink.


EXHIBIT 20

**From:** Carlson, Kelcey
**To:** royiglesias@earthlink.net
**Date:** 1/25/2006 2:55:24 PM
**Subject:** RE: S. Iglesias

Sharon,

Give me a call, 618-1949.

-----Original Message-----
From: Sharon Iglesias [mailto:royiglesias@earthlink.net]
Sent: Wednesday, January 25, 2006 12:26 PM
To: Carlson, Kelcey
Subject: S. Iglesias

Wolford fired me this morning 1/25/06 at 11:15 a.m.

Sharon


Sharon Iglesias
mailto:royiglesias@earthlink.net royiglesias@earthlink.net
Why Wait? Move to EarthLink.


EXHIBIT 21

**From:** Carlson, Kelcey
**To:** royiglesias@earthlink.net
**Date:** 12/18/2005 2:42:39 PM
**Subject:** Phone Numbers

Hi Sharon,

I'm having a hard time finding home numbers for Clement Yancey and Jack Carey. I've looked in the phone book, would you happen to know them off hand? If you don't have a home number, do you know where they work? If not I can try to call the city and see if they have contact info for them.

Thanks,

Kelcey

file://C:\Documents and Settings\Bernardo\Local Settings\Temp\F87247BE-0DC9-... 7/19/2008

462



**From:** Sharon Iglesias
**To:** Carlson, Kelcey
**Date:** 12/18/2005 3:50:19 PM
**Subject:** RE: Phone Numbers

I forgot to tell you, I spoke with Mr. Frank Strickland and he is more than willing to go on camera to talk with you. He was a candidate for mayor against Al Woodlief in this recent election in November 2005. Mr. Strickland has so much information about all of these people. He is the Chief of Police at Meredith College, but he is at home taking time off for the holidays and he said that to please call him anytime. Mr. Strickland's phone number is 919-693-2477 and he said to give you his cell phone too and that is 919-815-5560.

Also, I wanted to tell you how disrespectful Mayor Woodlief is or was to Carey, Yancey, and Currin while they were seated as commissioners. Woodlief always spoke very negatively about these three. He called them "his bad commissioners" because they did not side with him in the cover-up mostly, and they did not go along with everything that he wanted.

Last Tuesday, Dec. 13th, at the commissioner's meeting where Mr. Carey read his last comments, while Carey was reading his comments Mayor Woodlief was making faces and smirking and winking his eye at the audience. He was very rude and disrespectful to Mr. Carey and mimiced him afterwards during the reception and made some very ugly comments about Mr. Carey. Basicaly, that he was glad Carey was gone. Aso, I was told that it was overheard that Don Jenkins, HR Mgr., who is very much involved in all of this, was also making extremely ugly comments about, not just Mr. Carey, but everyone he did not like, me for one, along with Chief John Wolford, who was standing next to him.

Thank you for all that you are doing Kelcey.

Sharon


----- Original Message -----
**From:** Carlson, Kelcey
**To:** royiglesias@earthlink.net
**Sent:** 12/18/2005 1:42:39 PM
**Subject:** Phone Numbers

Hi Sharon,

I'm having a hard time finding home numbers for Clement Yancey and Jack Carey. I've looked in the phone book, would you happen to know them off hand? If you don't have a home number, do you know where they work? If not I can try to call the city and see if they have contact info for them.

Thanks,

Kelcey


EXHIBIT 23

**From:** Sharon Iglesias
**To:** Carlson, Kelcey
**Date:** 12/18/2005 3:33:23 PM
**Subject:** RE: Phone Numbers

Hey, yes I do have those phone numbers. Mr. Jack Carey's home phone is 919-693-5230, Mr. Clement Yancey's home phone is 919-693-7264, and Miss Alice Currin's phone is 919-693-3258. All three are retired but Mr. Yancey has rental properties that he manages and has an office uptown Oxford and goes in to work everyday and that phone number is 919-693-8116. Mr. Carey is around 70-72 yrs. old, Ms. Currin is 78 yrs. old, and Mr. Yancey is about 75 yrs. old.

Please, if you can get in touch with them and if they will talk with you, get them to verify the fact that I sent a letter to all the commissioners stating that I suspected John Wolford was embezzling money from a police fund and that the other four commissioners voted down an investigation through the influence of Mayor Woodlief, while Carey, Currin and Yancey voted to call for an investigation. I am not quite sure about how Currin voted, but I think she voted for the investigation.

Just let me know if there is anything else you need.

Thank you so much. Sharon

----- Original Message -----
**From:** Carlson, Kelcey
**To:** royiglesias@earthlink.net
**Sent:** 12/18/2005 1:42:39 PM
**Subject:** Phone Numbers

Hi Sharon,

I'm having a hard time finding home numbers for Clement Yancey and Jack Carey. I've looked in the phone book, would you happen to know them off hand? If you don't have a home number, do you know where they work? If not I can try to call the city and see if they have contact info for them.

Thanks,

Kelcey


EXHIBIT 24

**From:** Carlson, Kelcey
**To:** royiglesias@earthlink.net
**Date:** 1/1/2006 2:59:10 PM
**Subject:**

Hi Sharon,

Glad you had a great time. We're driving overnight tonight, but I should be back in North Carolina tomorrow. Why don't you give me a call late afternoon, my number is 919-618-1949. Of course I'm still interested. I'll need to wait for the Attorney General's office to get back from vacation to answer a few of my questions, but I've had more time to go through all the paperwork you gave me.

Talk to you soon,

Kelcey

file://C:\Documents and Settings\Bernardo\Local Settings\Temp\70F2BCEF-D4F3-... 7/19/2008

465



**From:** Sharon Iglesias
**To:** Carlson, Kelcey
**Date:** 12/4/2005 4:38:35 PM
**Subject:** RE:

Kelcey,

I am putting the rest of the information (especially an important letter that I sent to all the City Commissioners and City Mgr.) in the mail tomorrow morning, so you should receive it either Tuesday or Wednesday. Thank you Kelcey, I am doing much better and will be returning to work on Monday. I will be waiting to hear from you.

Sharon Iglesias

----- Original Message -----
From: Carlson, Kelcey
To: royiglesias@earthlink.net
Sent: 12/1/2005 11:28:26 AM
Subject:

Hey Sharon,

I'm going to try and go over the papers tonight or tomorrow night when I get a chance. Thanks again for keeping in touch and feel better.

Kelcey


EXHIBIT 26

**From:** Sharon Iglesias
**To:** Carlson, Kelcey
**Cc:** royiglesias
**Date:** 12/11/2005 3:36:04 PM
**Subject:** RE: Hi Sharon

God bless you Kelcey, and thank you so much for your response. I am not going to give up, I'm hanging in there, no matter how long it takes. I knew that you were very busy, I just wanted to touch base with you. As soon as you get the time to start calling some of these people in order to investigate my case, I feel like the truth will surface and hopefully an investigation will be called for, and I am also in great hopes that the SBI will at least open the case back up that they had with Warren Hicks, if they can do that, I'm not sure.

I was thinking that it might really be worth contacting the former Chief of Police of Oxford, his name is Roger L. Paul. He is now Chief of Police in Warrenton, Virginia. When Roger Paul left Oxford, the City of Oxford gave him a very hard time and I am not really sure what it was about, but the outcome was that the City was at fault. Chief Paul had to hire an attorney to rightfully receive some benefits that he was entitled to. Chief Paul was a very good chief and adhered to policy and procedure and presented good leadership and organization. He is a good man.

My husband and I are going to Orlando, FL the last week in December right after Christmas (take the grandchildren) and will be back the first of January. If I don't hear from you before Christmas, I hope you and your family have a wonderful Christmas and be safe in your travels.

Thank you Kelcey,

Sharon

----- Original Message -----
From: Carlson, Kelcey
To: royiglesias@earthlink.net
Sent: 12/10/2005 4:33:20 PM
Subject: Hi Sharon

Hi Sharon,

I'm so sorry this is taking so long. I'm trying to work on this a little at a time. It's been busy around here. Wake Schools have their reassignment plan coming out next week and they recently announced plans to possibly convert dozens of schools to a year-round schedule. Needless to say I've been dealing with heavy research on those two topics. I'm very interested in your story, but need to make sure I have something solid that I can go on the air with before I do anything. I want to get through all the information you've given me first. You're very helpful, please don't give up on me.

Kelcey



EXHIBIT 27

From: Sharon Iglesias
To: Carlson, Kelcey
Date: 12/17/2005 10:49:20 AM
Subject: RE: City of Oxford

Thanks so much Kelcey, I am eager to move forward to expose those involved in crime and to clear my name and I look forward to meeting with you again around the 1st week in January.

Thanks again, Sharon

----- Original Message -----
From: Carlson, Kelcey
To: royiglesias@earthlink.net
Sent: 12/17/2005 8:43:30 AM
Subject:

Wow! Thanks for the update. I'm going to try to get a hold of those commissioners when I get into work today. I'm sorry that I haven't been able to move faster on this story...I cover Wake County Schools and they have a whole host of issues going on right now. If you're leaving for the holidays, perhaps I could aim for getting a story on the air around the first week of January. I bet those commissioners would talk to me on camera.

Thanks again for being patient. I'll try to e-mail you tonight if I get a hold of the commissioners.

kelcey

