

# City Of Oxford

OFFICE OF THE
CITY MANAGER

October 22, 2004

Mrs. Sharon B. Iglesias
4536 Fairport Road
Oxford, North Carolina 27565



Dear Mrs. Iglesias:

I have reviewed the information that was provided to me in reference to your grievance appeal. This information consisted of your sworn testimony and the exhibits that were presented during the hearing.

Upon my review of this information and upon review of your personnel file, it is my decision that you should be reinstated as Administrative Support Specialist to the Oxford Police Department, effective immediately.

Given the concerns you expressed to me during the grievance appeal, upon reinstatement, you will be directly supervised by the command staff of Captain Williamson, Lt. Boyd, and Lt. Griffin, with indirect reporting to the Chief as the need arises. Your general duties will remain the same as they have in the past.

In addition, this will also serve as a FINAL WARNING that you are not to discuss or disseminate, in any manner whatsoever, any confidential information that you obtain during the course and scope of your employment, unless the discussion or dissemination is relevant to the performance of your job duties. It is critical that you abide by the need for the utmost confidentiality within the workplace. Any information you receive or overhear regarding but not limited to criminal investigations, confidential internal inquiries, drug investigations, and/or any personnel matters involving City employees in any department shall remain confidential and not passed on to other employees inside or outside the Police Department, or any persons outside the Department without a professional or legal interest in that information.

You are not to discuss personnel information with other City employees. If you find that you have obtained information that you believe warrants disclosure, you are only to disclose said information to your supervisor or to the Chief of Police, as appropriate, unless the information involves the Chief of Police, in which case disclosure shall be made to the City Manager.

Case 5:07-cv-00437-D   Document 34-4   Filed 01/07/2009   Page 1 of 2

Mrs. Sharon B. Iglesias
Page 2
October 22, 2004


This directive is not intended to, nor should it be construed as any impediment to: (1) your right to speak on matters of legitimate public concern, as a citizen or otherwise; or (2) your rights to participate in the employee grievance process should the need arise.

I remind you that you are in a civilian administrative role and have no official authority vested in the position, nor is there an expectation that you involve yourself in any of the law enforcement operations or functions other than those which are a part of your normal daily duties or which you are directed to do so by your supervisors.

Please plan to report back to work on Wednesday, October 27, 2004 at 8:00 a.m.

Sincerely,

*[signature]*

Thomas S. Marrow
City Manager