CONFIDENTIAL

Employee Name: SHARON BELCHER  Position: ADMIN / ASST

# CITY OF OXFORD
## PERFORMANCE EVALUATION AND DEVELOPMENT FORM



EXHIBIT
#65
amb 10·7·08

**Purpose:** To establish and maintain an equitable performance review and development system that focuses on improving the performance level of all employees of the City; to conduct performance evaluation conferences on a regular and timely basis; and to base the evaluations on job-related criteria.

1. **Communications:** To create and maintain an atmosphere for open and frank communications between supervisors and employees concerning job performance and expectations; to insure that performance is discussed on a regular, on-going basis between supervisors and employees so that employees receive feedback and know where they stand in terms of overall performance.

2. **Performance Improvement:** To regularly discuss the job performance of all city employees based on job-related criteria; to identify during that discussion both accomplishments and areas for performance improvement for each employee; to discuss specific plans for those areas in which performance improvements can be made.

3. **Employee Development:** To provide information which can be used jointly by supervisors and employees to determine appropriate training needs and resources. To discuss and identify how employees can prepare for potential advancement opportunities where appropriate.

4. **Personnel Actions:** To provide background information and historical information and documentation for consideration in conjunction with any personnel actions that may occur.

5. **Recognition:** To establish a system whereby employees receive recognition and appreciation when it is earned.

6. **Performance Pay:** To establish a system whereby the performance evaluation program is used as the basis for financial reward of those employees whose accomplished results merit such rewards.

OXFORD0089

THIS FORM IS CONFIDENTIAL AND SUBJECT TO NORTH CAROLINA GENERAL STATUTE 160A-168 WHEN COMPLETED AND IS NOT A MATTER OF PUBLIC RECORD.

Employee Name: SHARON BELCHER   Date: 2/1/2001

Position: ADMIN ASST   Department: POLICE

Current Grade/step: _____   Proposed Grade/step: _____

Type of Action: (choose one)
___ Probationary: (choose one from A and one from B)
　　A.　___ 6 month　___ 12 month
　　B.　___ interim　___ completed　___ extended

___ Special Performance Review (Purpose: _____)

✓ Annual Performance Review

Accomplishments/Performance strengths: SHARON'S STRENGTHS ARE IN HER PUBLIC RELATIONS SKILLS, HER TECHNICAL KNOWLEDGE AND CONSISTENCY IN GETTING WORK AND ASSIGNMENTS DONE IN A PROFESSIONAL MANNER. SHE MAY BE THE "BEST" IN THIS REGARD AS AN ADMIN PERSON I HAVE HAD IN THIS ROLE.

Areas for Improvement: WHILE A MINOR POINT, SHARON NEEDS TO UNDERSTAND THE DYNAMICS OF COMMUNICATION AND RANK ISSUES IN A PARA-MILITARY ENVIRONMENT. IN TIME THIS WILL COME. DON'T SWEAT THE SMALL STUFF.

Disciplinary Actions this period: _____

Goals for upcoming year: _____

Career Development: (training needs and/or ways to prepare for advancement)

OXFORD0090

# CLERICAL/ADMINISTRATIVE GROUP

## WORKING RELATIONSHIPS WITH CO-WORKERS AND SUPERVISOR

__25__ Weight     __2__ Rating

**Above Standard**

✓ 1. Offers and provides help to co-workers and supervisors on a consistent basis.

___ 2. Has a habit of providing support to work team resulting in improved morale and productivity.

✓ 3. Seeks and acts on constructive criticism to improve performance.

**Standard**

✓ 1. Helps co-workers with their high priority jobs when asked.

✓ 2. Shows courtesy and respect to co-workers and supervisors.

✓ 3. Works with co-workers cooperatively as a team member.

✓ 4. Accepts constructive criticism from co-workers and supervisor.

✓ 5. Gives constructive feedback in a way clearly intended to be helpful.

☆ ✓ 6. Maintains appropriate confidentiality.

✓ 7. Admits and corrects own mistakes.

✓ 8. Keeps co-workers and supervisor informed about relevant work issues.

✓ 9. Cleans up common areas shared by others after using such as copy rooms, break rooms, etc.

✓ 10. Follows chain of command.

**Below Standard**

___ 1. Fails to meet standards 1, 2, 3, 4, 5, 6, 7, 8, 9, or 10 (circle).

___ 2. Lets personal problems negatively affect work relationships.

(1)

OXFORD0091

___ 3. Has a pattern of constant complaining about work and policies.

**Comments**

Sharon works well w/ most everyone. She goes out of her way to assist and aid our employees whenever requested. Need to not worry about the small stuff.

(2)

OXFORD0092

# TIME MANAGEMENT

25 Weight        2 Rating

### Above Standard

___ 1. Has a habit of volunteering to vary work hours (starting, lunch, and/or ending time) when needed.

___ 2. Has a pattern of scheduling vacation during less busy times and/or varying vacation time to meet work demands.

___ 3. Volunteers to work overtime when needed.

✓ 4. Has a pattern of producing high volume of work in a short amount of time without sacrificing quality or work relationships.

### Standard

✓ 1. Is ready to begin productive work at starting time.

✓ 2. Works productively throughout the day without close supervision.

✓ 3. Sets and follows good work priorities.

✓ 4. Consistently meets established deadlines.

✓ 5. Accomplishes work tasks in a reasonable amount of time.

✓ 6. Schedules vacations in advance; calls in by appropriate time when sick.

✓ 7. Maintains files and records up to date.

✓ 8. Successfully juggles multiple tasks and priorities.

✓ 9. Responds to requests from co-workers, supervisors, other departments, etc. in a timely manner.

### Below Standard

___ 1. Fails to meet standards 1, 2, 3, 4, 5, 6, 7, 8, or 9 (circle).

___ 2. Has a pattern of unscheduled absences or tardiness.

___ 3. Has a pattern of letting personal business interfere with work.

(3)

OXFORD0093

## Comments

SHARON IS THERE WHEN WE NEED HER
KNOWS HOW TO SET PRIORITIES AND
IS CONSISTENT W/ MEETING DEADLINES

(4)

OXFORD0094

# APPLICATION OF TECHNICAL KNOWLEDGE

3-5 Weight     2 Rating

### Above Standard

✓ 1. Performs difficult or unusual work assignments without close supervision.

___ 2. Has a pattern of making decisions in absence of supervisor or other difficult situations that achieve desired outcomes.

___ 3. Voluntarily learns and applies new knowledge and/or skill to improve performance.

✓ 4. Has a pattern of consistently high work quality and productivity.

___ 5. Makes suggestions that improve work unit or organization.

### Standard

✓ 1. Performs work accurately.

✓ 2. Performs regular work assignments without close supervision.

✓ 3. Uses equipment with proper skill, care and speed.

✓ 4. Learns and uses new required knowledge and skills successfully.

✓ 5. Work and documents are neat and organized.

✓ 6. Successfully fills in for co-workers in their absence.

✓ 7. Accepts changes in priorities and assignments and makes necessary adjustment.

✓ 8. Follows policies, laws, regulations and procedures related to job.

### Below Standard

___ 1. Fails to meet standards 1, 2, 3, 4, 5, 6, 7 or 8 (circle).

(5)

OXFORD0095

Case 5:07-cv-00437-D    Document 34-9    Filed 01/07/2009    Page 7 of 11

Comments

SHARON IS TOP NOTCH IN THE APPLICATION OF
HER SKILLS. PAYS CLOSE ATTENTION TO
FINANCIAL MATTERS, TRACKS EXPENDITURES
AND HOLDS VENDORS ACCOUNTABLE. -GREAT-

# PUBLIC RELATIONS

__25__ Weight   __3__ Rating

## Above Standard

___ 1. Has a pattern of successfully dealing with angry or upset people to obtain desired results.

✓ 2. Has a habit of taking unrequired steps (consistent with work guidelines) to meet needs of public/customers.

✓ 3. Follows up with public/customers to insure satisfaction.

## Standard

✓ 1. Shows courtesy and respect to the public.

✓ 2. Keeps work area neat and clean.

✓ 3. Comes to work neat and clean and dressed appropriate for the job.

✓ 4. Works with the public in a way that is consistently seen as helpful and in a timely manner, listens well for complete understanding and responds well.

✓ 5. Returns phone calls in a timely fashion.

✓ 6. Provides accurate, factual, and complete information.

✓ 7. Transfers calls to appropriate person(s). Transmits messages timely.

## Below Standard

___ 1. Fails to meet standards 1, 2, 3, 4, or 5, 6, or 7 (circle).

## Comments

GREAT W/ PUBLIC AND VISITORS. REPRESENTS THE CHIEF'S OFFICE AND THE DEPARTMENT IN A MOST PROFESSIONAL MANNER.

(7)

## RATING SUMMARY

| Occupational Standards | Rating | Weight | Score |
|---|---|---|---|
| Factor: | | | |
| I  WORKING RELATIONSHIPS | 2 | .25 | .50 |
| II  TIME MGT | 2 | .25 | .50 |
| III  APPL OF TECHNICAL KNOW | 2 | .25 | .50 |
| IV  PUBLIC RELATIONS | 3 | .25 | .75 |
| V | | | |
| VI | | | |
| VII | | | |
| VIII | | | |
| Lead Worker Supplement | | | |
| TOTALS | | 100.00% | 2.25 |

**Overall Rating:** Check appropriate category. See important note and definitions on back of this cover.

- ___ Outstanding (2.51-3.00)
- ✓ Exceeds Standards (1.76-2.50)
- ___ Meets Standards (0.76-1.75)
- ___ Fails to Meet Standards (0.00-0.75)

**Supervisor's Signature:** _JM Wolf_

**Overall Rating Comments:** SHARON IS A PRO AT WHAT SHE DOES. AFTER ONLY 6-7 MOS TOGETHER WE ARE STILL DEVELOPING OUR WORKING RELATIONSHIP BUT IT IS GOING WELL. I MOST APPRECIATE HER SENSE OF HUMOR AND WILLINGNESS TO LISTEN AS I VENT ON OCCASION.

**Employee's Signature** _Sharon D. Belcher_
**Comments:**

**Department Head's Signature** _JM Wolf_  2-26
**Comments:**

**City Manager's Signature** _____
**Comments:**

OXFORD0098

**Important Note:** The purpose of the performance review form is **not** to dictate a performance rating to the supervisor, but rather to help the supervisor 1) focus on job-related criteria; 2) review the whole period, not just most recent months; 3) give feedback on relevant aspects of the employee's performance, 4) help document performance, and 5) think through a logical decision on the overall performance rating. The numerical summary on the previous page is not necessarily the only indication of performance; some categories or standards are more important than others; other important aspects for consideration may only be found in the summary comments. The supervisor is expected to use reasoned logic and good judgement in determining the overall rating of performance. Employees should be rated against performance expectations, not against each other.

## PERFORMANCE RATING DEFINITIONS

**Outstanding (3).** Fully meets all job requirements identified for the position. In addition, performance consistently and significantly exceeds job requirements in important aspects of work. Work is performed at a sustained high level of proficiency. The employee also expands the scope of tasks and responsibilities or the amount of work performed resulting in increased productivity for the work unit. The employee accomplishes the most difficult and complex assignments with minimum supervision and maximum quality. Specific examples of such performance are readily available.

**Exceeds Standards (2).** Fully meets all major job requirements identified for the position. In addition, performance frequently exceeds job requirements in several areas. Supervision is required only for special or unusual assignments or problems.

**Meets Standards (1).** Fully meets all major job requirements in a competent manner. The employee may occasionally exceed some job requirements. Accomplishes duties in a reasonable and consistent manner demonstrating full proficiency in the job. If there are occasional lapses in performance, they do not create any substantial problems for the organization, nor have any major impact on service delivery. Normal supervision is required.

**Fails to Meet Standards (0).** Performance is inconsistent and one or more major job requirements are not met. Work tasks are not performed or must be repeated due to low quality. Remedial attention and close supervision are required. Failure to correct performance deficiencies in an appropriate amount of time may result in suspension, demotion, or dismissal. A rating at this level should be coordinated with the progressive disciplinary process. In no case should an employee's performance remain in the unsatisfactory category for more than six months.