| From: | John Wolford |
|---|---|
| Sent: | Tuesday, January 10, 2006 4:44 PM |
| To: | Alice Allen; Andre Hargrove; Anthony Boyd; Barbara Jones; Bob Williamson; Chris Haywood; Cliff Sprunger; Dennis Williams; Donald Colbert; Eric Coghill; Floyd Griffin; Gary Ward; Gerald Thorne; Glen Boyd; Goldie Loizzi; Gordan Blackwell; Greg Bragg; Jackie Werner; Janice Jones; Jason Tingen; Kathy Wilson; Kenny Bulock; Kevin Dickerson; Leshea Clayton; Lynne C. Curl; Mamie Pleasants; Mark Blair; Mark West; Patrica Ford; Rodrick Fields; Roger Fuller; Ronette Ruesga; Rose Person; Shelly Chauvaux; William Henze; Will Kearney |
| Subject: | Ongoing Allegations |

7

Regarding recent actions by Sharon Iglesias going on WRAL, on air, continuing to discredit me and this department. Her actions are not being ignored. The command staff and I are in review of related matters and will keep you advised as I am able. In the meantime, as she is an employee here, I ask all of you to remain the professionals you are and interact with her as required on a daily basis. Thanks.

*This email was sent to everyone in the dept. except me.*


EXHIBIT #76