IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CV-437-D

| | |
|---|---|
| SHARON B. IGLESIAS,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN WOLFORD, Chief of Police of Oxford,<br>N.C., in his official and personal capacities;<br>THOMAS MARROW, City Manager of<br>Oxford, N.C., in his official and personal<br>capacities; DON JENKINS, Human Resources<br>Manager for the City of Oxford, N.C., in his<br>official and personal capacities; and the<br>CITY OF OXFORD, N.C.,<br><br>      Defendants. | **ORDER** |

Plaintiff filed a motion to seal [D.E. 32] her memorandum of law in response to defendants' joint motion for summary judgment, along with the following documents: affidavit of Sharon B. Iglesias (Exhibit H); affidavit of Franklin E. Strickland (Exhibit I); confidential portions of transcript of October 15, 2008 deposition of James Carey (Exhibit J-1); defendants' supplemental discovery responses regarding the Oxford Board of Commissioners meeting minutes for September 7, 2004 closed session (Exhibit K); deposition exhibit 57 (October 27, 2005 Wolford memo); deposition exhibit 61 (special funds report); deposition exhibit 64 (May 5, 2004 Wolford memo); deposition exhibit 69 (September 24, 2004 final warning); deposition exhibit 70 (September 2, 2004 Jenkins investigation summary); deposition exhibit 80 (August 19, 2004 Wolford memo); deposition exhibit 81 (August 24, 2004 Marrow memo); deposition exhibit 82 (August 31, 2004 Wolford note to file); deposition exhibit 85 (August 30, 2004 Marrow memo); deposition exhibit 92 (Wolford investigative file); and deposition exhibit 91 (Iglesias drug fund documents). Plaintiff contends that the documents contain references to or constitute: (1) personnel records which are subject to the restrictions of N.C.

Gen. Stat. § 160A-168; (2) law enforcement documents made confidential by N.C. Gen. Stat. § 132-1.4; and (3) information that is made confidential pursuant to N.C. Gen. Stat. § 143-318.11.

The motion meets the requirements of Hall v. United Air Lines, Inc., 296 F. Supp. 2d 652, 680 (E.D.N.C. 2003), and Stone v. University of Maryland Medical System Corp., 855 F.2d 178, 180–181 (4th Cir. 1988). Thus, plaintiff's motion to seal [D.E. 32] is GRANTED.

SO ORDERED. This 31 day of August 2009.

JAMES C. DEVER III
United States District Judge