UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN  DIVISION
5:07-cv-437-D

|  | ) | |
|---|---|---|
|  | ) | |
| Sharon B. Iglesias, | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | **JUDGMENT** |
|  | ) | |
| John Wolford, et al., | ) | |
| Defendants. | ) | |

**Decision by Court.**


This  action  came  before  the  Honorable  James  C.  Dever  III,  United  States  District  Judge,  for

consideration of defendants' motion for summary judgment.


**IT  IS  ORDERED,  ADJUDGED  AND  DECREED**  that  the  defendants'  motion  for  summary

judgment are granted.


**This Judgment Filed and Entered on September 28, 2009, and Copies to:**

Charles E. Monteith, Jr. (via CM/ECF Notice of Electronic Filing)

Shelli Henderson Rice (via CM/ECF Notice of Electronic Filing)

Melissa R. Davis (via CM/ECF Notice of Electronic Filing)

Norwood P. Blanchard, III (via CM/ECF Notice of Electronic Filing)


September 28, 2009                     /s/ Dennis P. Iavarone, Clerk of Court