IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:07-CV-00437-D

| | |
|---|---|
| SHARON B. IGLESIAS,<br>    Plaintiff<br><br>v.<br><br>JOHN WOLFORD, Chief of Police of<br>Oxford, N.C., in his official and individual<br>capacities; THOMAS MARROW, City<br>Manager of Oxford, N.C., in his official and<br>individual capacities; DON JENKINS,<br>Human Resources Manager for the City of<br>Oxford, N.C., in his official and individual<br>capacities; and the CITY OF OXFORD,<br>N.C.,<br>    Defendants. | NOTICE OF APPEAL |

Notice is hereby given that Sharon Iglesias, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the Judgment in a Civil Case filed and entered in this action on the 28th day of September, 2009.

Respectfully submitted, this 23rd day of October, 2009,

ATTORNEYS FOR PLAINTIFF:

/s/ <u>Charles E. Monteith, Jr.</u>
Charles E. Monteith, Jr.
N.C. State Bar No. 9368
Email:charles_monteith@hotmail.com
/s/ Shelli Henderson Rice
Shelli Henderson Rice
N.C. State Bar No. 28766
Email: shellirice@hotmail.com
For the firm of
MONTEITH & RICE, PLLC
422 Saint Mary's Street, Suite 6

Raleigh, NC 27605
Telephone No. (919) 821-2053
Facsimile No. (919) 821-2054

# **CERTITICATE OF SERVICE**

       I hereby certify that on October 23, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: M. Robin Davis and Norwood P. Blanchard, counsel for Defendants.

    /s/ Charles E. Monteith, Jr.
Charles E. Monteith, Jr.
Attorney for Plaintiff
NC Bar #9368
MONTEITH & RICE, PLLC
422 Saint Mary's Street, Suite 6
Raleigh, NC 27605
Telephone: (919) 821-2053
Email: charles_monteith@hotmail.com